**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02466-REB-MJW

BJORN OSMUNDSEN, et al.,

    Plaintiffs,

v.

ELBERT COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J**

This matter is before me on the **Recommendation That Action Be Dismissed As To Defendants William Gladney, William F. Moynihan, John does, and Jane Does** [#14], filed March 30, 2005. The Magistrate Judge recommends the dismissal of defendants William Gladney, William F. Moynihan, John does, and Jane Does under Fed. R. Civ. P. 4(m) and 41(b). The plaintiff objects as to defendant William F. Moynihan, requesting leave of court until July 8, 2005, by which to effect service. I note that plaintiffs have yet to effect service on defendant Moynihan. Therefore, I overrule the plaintiffs' objections and approve and adopt the recommendations of the Magistrate Judge, but only under Fed. R. Civ P. 4(m); thus, dismissal is without prejudice

As required by **28 U.S.C. § 636(b)**, I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully

the recommendation, the objections, and the applicable case law. The plaintiffs have been unable to serve defendant Moynihan within the time they requested. Plaintiffs have not requested additional time. Plaintiffs do not object to dismissal of defendants William Gladney, John does, and Jane Does The recommendation is supported by the record and the applicable law. Therefore, I find and conclude that the arguments advanced, the authorities cited, the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted insofar as they recommend dismissal under Fed. R. Civ. P. 4(m).

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Recommendation That Action Be Dismissed As To Defendants William Gladney, William F. Moynihan, John does, and Jane Does** [#14], filed March 30, 2005, is **APPROVED AND ADOPTED** as an order of this court insofar as it recommends dismissal under Fed R. Civ. P. 4(m);

2. That Defendants William Gladney, William F. Moynihan, John does, and Jane Does are dropped as parties to this action; and

3. That the case caption is amended accordingly.

Dated July 14 2005, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**